IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN HEARD,

    Plaintiff,

v.                                           CV 13-1236 KG/WPL

C. CHAVEZ, et al.,

    Defendants.

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL

Plaintiff John Heard filed his Motion for Defendant C. Chavez to Answer Interrogatories (Doc. 121), which I construe as a motion to compel. On December 16, 2015, I ordered Chavez to submit a *Martinez* report regarding the outstanding claims against her. (Doc. 128.) Accordingly, Heard's motion is denied without prejudice.

 

William P. Lynch
United States Magistrate Judge