IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN HEARD,

    Plaintiff,

v.                                                      CV 13-1236 KG/WPL

C. CHAVEZ, et al.,

    Defendants.

### ORDER DENYING PLAINTIFF'S MOTION TO WRITE ELI FLORES FOR STATEMENT

Plaintiff John Heard filed a Motion to Write Eli Flores for Statement for support on Claim 6 against Defendant Bhakta. (Doc. 119.) On March 1, 2016, the Court granted Bhakta's motion partial motion for summary judgment on Claim 6. (Doc. 152.) Accordingly, Heard's motion is moot and therefore denied.

                                                                William P. Lynch
                                                                United States Magistrate Judge