## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

JOHN HEARD,

       Plaintiff,

v.                                                    CV 13-1236 KG/WPL

WARDEN BRAVO, et al.,

       Defendants.

### JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the order entered on March 1, 2016, judgment is entered against Defendant Bhakta on Claim 1 and damages are assessed against in her in the amount of $75.00. All other claims of this cause against Defendant Bhakta are dismissed with prejudice.

 

 

_____
**UNITED STATES DISTRICT JUDGE**