IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN HEARD,

        Plaintiff,

v.                                                              CV 13-1236 KG/WPL

WARDEN BRAVO, et al.,

        Defendants.

## JUDGMENT

    Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the order entered on this date, this cause against Defendant Chavez is dismissed with prejudice.

                                              UNITED STATES DISTRICT JUDGE